UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RODNEY ONEAL HANNA,** | ) |
| Petitioner, | ) |
| vs. | ) Civil Action No. CV 06-S-1243-S |
| **WARDEN JONES and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | ) |
| Respondents. | ) |

## DISMISSAL ORDER

On July 20, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be, and the same hereby is, DISMISSED WITHOUT PREJUDICE.

DONE this 29th day of September, 2006.

United States District Judge